| AO-10 (WP) Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)* |

| 1. **Person Reporting** *(Last name, first, middle initial)* <br> Gadola, Paul V. | 2. **Court or Organization** <br> U.S. District Court, Eastern District of Michigan | 3. **Date of Report** <br> 5/15/2006 |
|---|---|---|
| 4. **Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> U. S. District Judge | 5a. **Report Type** (check appropriate type) <br> ___ Nomination,  Date _____ <br> ___ Initial  __X__ Annual  ___ Final <br> 5b. ___ Amended Report | 6. **Reporting Period** <br> 1/1/2005 to 12/31/2005 |
| 7. **Chambers or Office Address** <br> 600 Church Street <br> Flint, Michigan 48502 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ **NONE** (No reportable positions.) | |
| 1 | Member, Board of Directors | The Inc. Society of Irish/American Lawyers |
| 2 | Member, Board of Directors | Old Newsboys of Greater Flint |
| 3 | Member, Board of Directors | Mackinac Center for Public Policy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ **NONE** (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|

**A. Filer's Non-Investment Income**

| | | | |
|---|---|---|---|
| | ☒ **NONE** (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | | |
|---|---|---|---|
| | ☒ **NONE** (No reportable non-investment income.) | | |
| 1 | | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Gadola, Paul V. | 5/15/2006 |

### IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| **X** 1 | **NONE** (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

### V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **X** 1 | **NONE** (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

### VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| **X** 1 | **NONE** (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| 68 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Gadola, Paul V. | Date of Report<br><br>5/15/2006 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date _May 15, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

| 2005 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting Paul V. Gadola | Date of Report 05/15/2006 |
|---|---|---|

VII. Page 1    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| **REAL ESTATE** | | | | | | | | | | |
| ½ Int. Genesee Twp, MI | | None | K | W | | | | | | |
| ⅓ Int. Iosco County, MI | | None | K | W | | | | | | |
| **CHECKING ACCTS** | | | | | | | | | | |
| Fifth Third Bank, Flint, MI | | None | J | T | | | | | | |
| Standard Federal Savings, Flint, MI | | None | J | T | | | | | | |
| Standard Federal Savings, Flint, MI | A | Interest | K | T | | | | | | |
| Standard Federal Savings, Flint, MI | A | Interest | J | T | | | | | | |
| **SAVINGS ACCTS** | | | | | | | | | | |
| Bank One, FKA NBD, Flint, MI | A | Interest | K | T | | | | | | |
| Citizens Comm & Savings, Flint, MI | A | Interest | K | T | | | | | | |
| 5th 3rd FKA Old Kent Bank, Grand Blanc, MI | A | Interest | J | T | | | | | | |
| **PAUL V. GADOLA** | | | | | | | | | | |
| Bankatlantic Bancorp Inc (stock) | A | Dividend | L | T | | | | | | |
| Centennial Government Tr (MM) | A | Dividend | N | T | | | | | | |
| Chemical Financial (stock) | A | Dividend | K | T | | | | | | |
| Citizens Fed Savings (CDs) | A | Interest | J | T | | | | | | |
| Crown Pacific Partners (LtdP) | | None | None | T | | in Bankruptcy | | | | |
| Five Star Quality Care (stock) | | None | J | T | | | | | | |
| Genesee Cnty MI Bldg Auth-Refunding-Book Entry (bond) | B | Interest | K | T | | | | | | |
| HRPT Properties Trust (stock) | A | Dividend | J | T | | | | | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 2    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 22  Healthcare Realty Trust Inc (stock) | B | Dividend | K | T | | | | | |
| 23  Howell MI Pub Schs-General Obligation (bond) | D | Dividend | L | T | | | | | |
| 24  Liberty Property Trust (stock) | D | Dividend | M | T | | | | | |
| 25  Levitt Corp Fla (stock) | A | Dividend | K | T | | | | | |
| 26  Mich HSG Dev Auth Rental HSG Rev (bond) | B | Interest | K | T | | | | | |
| 27  National City Corp (stock) | B | Dividend | K | T | | | | | |
| 28  Nationwide Health Properties (stock) | A | Dividend | K | T | | | | | |
| 29  PanPacific Retail Pptys Inc, fka  Center Trust Inc (stock) | A | Dividend | K | T | | | | | |
| 30  Petroleum & Resources Corp (stock) | D | Dividend | M | T | | | | | |
| 31  Republic Bancorp Inc (stock) | A | Dividend | K | T | | | | | |
| 32  Republic Bank (CD) | C | Interest | K | T | | | | | |
| 33  Senior Housing PPTYS Trust (stock) | A | Dividend | J | T | | | | | |
| 34  Sovran Self Storage Inc (stock) | B | Dividend | K | T | | | | | |
| 35  Sun Communities Inc (stock) | B | Dividend | K | T | | | | | |
| 36  **IRA #1** | | None | N | T | | | | | |
| 37  AIM VIF Health Sciences, fka INVESCO **(line #39 2004)** (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 38  AIM VIF Technology, fka INVESCO **(line #40 2004)** (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 39  Fidelity VIP III Contrafund (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 40  Janus Aspen Forty, fka Janus Aspen Capital Appre **(line #41 2004)** (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

| | 2005 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Paul V. Gadola | Date of Report<br>05/15/2006 |
|---|---|---|---|

VII. Page 3     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 41 Janus Aspen Worldwide Growth (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 42 Janus Aspen Balanced (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 43 Opp Aggressive Growth (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 44 Opp Global Securities (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 45 Opp Main Street Growth & Income (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 46 T Rowe Price Mid-Cap Growth (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 47 **IRA #2** | | None | K | T | | | | | |
| 48 T Rowe Price Mid-Cap Growth (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 49 American Century VP Value (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 50 Opp Capital Appreciation(Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 51 Opp Main Street G&I (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 52 Janus Aspen Balanced (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 53 **Trust #1** ■ | C | Int & Div | N | T | | | | | |
| 54 Anheuser Busch Co (stock) | | | | | Buy | 06/01 | J | | |
| 55 Anheuser Busch Co (stock) | | | | | Buy | 06/07 | J | | |
| 56 Anheuser Busch Co (stock) | | | | | Buy | 09/30 | J | | |
| 57 Anheuser Busch Co (stock) | | | | | Buy | 10/25 | J | | |
| 58 Astronics Corp (stock) | | | | | Buy | 02/04 | J | | |
| 59 Avery Dennison Corp (stock) | | | | | Buy | 05/18 | J | | |
| 60 Avery Dennison Corp (stock) | | | | | Buy | 06/07 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

## VII. Page 4    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 61  Avery Dennison Corp (stock) | | | | | Buy | 10/06 | J | | |
| 62  CDI Corp (stock) | | | | | Buy | 02/17 | J | | |
| 63  CDI Corp (stock) | | | | | Buy | 03/03 | J | | |
| 64  CDI Corp (stock) | | | | | Buy | 06/23 | J | | |
| 65  Charles Schwab US Treasury Money Market Fund (MM) | | | | | Buy | 02/03 | N | | |
| 66  Clark Inc (stock) | | | | | Buy | 02/22 | J | | |
| 67  Clark Inc (stock) | | | | | Buy | 04/27 | J | | |
| 68  Colgate-Palmolive Co (stock) | | | | | Buy | 12/07 | J | | |
| 69  Dixie Group, Inc (stock) | | | | | Buy | 08/01 | J | | |
| 70  Dow Jones & Co., Inc (stock) | | | | | Buy | 05/12 | J | | |
| 71  Dow Jones & Co., Inc (stock) | | | | | Buy | 05/13 | J | | |
| 72  Dow Jones & Co., Inc (stock) | | | | | Buy | 06/07 | J | | |
| 73  DuPont El de Nemours & Co (stock) | | | | | Buy | 10/25 | J | | |
| 74  EMS Technologies, Inc (stock) | | | | | Buy | 05/25 | J | | |
| 75  Estee Lauder Co., Inc (stock) | | | | | Buy | 12/05 | J | | |
| 76  Gannett Co., Inc (stock) | | | | | Buy | 12/16 | J | | |
| 77  Graham Corp (stock) | | | | | Buy | 02/14 | J | | |
| 78  Harris Insight Money Market (MM)<br>**(See line #65 above)** | | | | | Liquidate | 02/03 | N | None | |
| 79  Kaman Corp (stock) | | | | | Buy | 06/08 | J | | |
| 80  Kimberly-Clark Corp (stock) | | | | | Buy | 05/16 | J | | |
| 81  Kimberly-Clark Corp (stock) | | | | | Buy | 06/09 | J | | |
| 82  Kimberly-Clark Corp (stock) | | | | | Buy | 09/14 | J | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

| | 2005 |
|---|---|
| **FINANCIAL DISCLOSURE REPORT** | |

| **2005** **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting<br>Paul V. Gadola | Date of Report<br>05/15/2006 |
|---|---|---|

VII. Page 5    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>**Description of Assets**<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 83 Kimberly-Clark Corp (stock) | | | | | Buy | 10/06 | J | | |
| 84 Manpower, Inc. (Stock) | | | | | Buy | 04/19 | J | | |
| 85 Manpower, Inc. (Stock) | | | | | Buy | 06/23 | J | | |
| 86 Marsh & McLennan Co., Inc | | | | | Buy | 03/01 | J | | |
| 87 Marsh & McLennan Co., Inc | | | | | Buy | 03/03 | J | | |
| 88 Marsh & McLennan Co., Inc | | | | | Buy | 04/19 | J | | |
| 89 Marsh & McLennan Co., Inc | | | | | Buy | 08/04 | J | | |
| 90 Newell Rubbermaid, Inc. | | | | | Buy | 06/22 | J | | |
| 91 Omnicare, Inc (stock) | | | | | Buy | 02/25 | J | | |
| 92 Omnicare, Inc (stock) | | | | | Buy | 02/28 | J | | |
| 93 Omnicare, Inc (stock) | | | | | Sell | 10/31 | J | B | |
| 94 Pfizer Inc (stock) | | | | | Buy | 08/03 | J | | |
| 95 Pfizer Inc (stock) | | | | | Buy | 08/23 | J | | |
| 96 Pfizer Inc (stock) | | | | | Buy | 10/21 | J | | |
| 97 Pfizer Inc (stock) | | | | | Buy | 12/12 | J | | |
| 98 Pfizer Inc (stock) | | | | | Buy | 12/19 | J | | |
| 99 Powell Industries Inc (stock) | | | | | Buy | 02/28 | J | | |
| 100 Robbins & Meyers, Inc (stock) | | | | | Buy | 04/14 | J | | |
| 101 SPX Corp (stock) | | | | | Buy | 03/04 | J | | |
| 102 SPX Corp (stock) | | | | | Buy | 05/04 | J | | |
| 103 Seagate Technology (stock) | | | | | Buy | 12/05 | J | | |
| 104 Seagate Technology (stock) | | | | | Buy | 12/21 | J | | |
| 105 Seagate Technology (stock) | | | | | Buy | 12/22 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)    F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:   J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)         U=Book Value | V=Other | W=Estimate | |

| 2005 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Paul V. Gadola | Date of Report<br>05/15/2006 |
|---|---|---|

VII. Page 6    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 106 | U.S. Treasury Bill<br>0.0 % due 09/08/05 | | | | | Buy | 03/11 | N | | |
| 107 | U.S. Treasury Bill<br>0.0 % due 09/08/05 | | | | | Partial Redemption | 05/13 | L | A | |
| 108 | U.S. Treasury Bill<br>0.0 % due 09/08/05 | | | | | Partial Redemption | 06/10 | L | A | |
| 109 | U.S. Treasury Bill<br>0.0 % due 09/08/05 | | | | | Redeem | 09/08 | M | B | |
| 110 | U.S. Treasury Bill<br>0.0 % due 03/02/06 | | | | | Buy | 09/08 | M | | |
| 111 | U.S. Treasury Bill<br>0.0 % due 03/02/06 | | | | | Partial Redemption | 10/24 | M | A | |
| 112 | U.S. Treasury Note<br>4.0 % due 02/15/15 | | | | | Buy | 03/01 | K | | |
| 113 | U.S. Treasury Note N/B<br>3.5 % due 2/15/10 | | | | | Buy | 03/08 | J | | |
| 114 | U.S. Treasury Note N/B<br>4.0 % due 2/15/15 | | | | | Buy | 04/08 | K | | |
| 115 | U.S. Treasury Strips  5/15/30 | | | | | Buy | 03/01 | K | | |
| 116 | U.S. Treasury Strips  5/15/30 | | | | | Partial Redemption | 09/01 | J | B | |
| 117 | USEC, Inc (stock) | | | | | Buy | 11/15 | J | | |
| 118 | WW Grainger Inc (stock) | | | | | Buy | 05/26 | J | | |
| 119 | WW Grainger Inc (stock) | | | | | Buy | 06/08 | J | | |
| 120 | Wal-Mart Stores, Inc. (Stock) | | | | | Buy | 06/14 | J | | |
| 121 | Wal-Mart Stores, Inc. (Stock) | | | | | Buy | 08/16 | J | | |
| 122 | Wal-Mart Stores, Inc. (Stock) | | | | | Buy | 09/21 | J | | |
| 123 | Wal-Mart Stores, Inc. (Stock) | | | | | Buy | 09/23 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000 |
| (Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more |

| 2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000 |
| (Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market |
| (col C2)    U=Book Value    V=Other    W=Estimate |

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 124 **Trust #2** ▇ | | | None | | **Trust dissolved** | | | | |
| 125 Centennial Money Market Trust | | | | | Liquidate | 06/08 | J | None | |
| 126 **Trust #3** ▇ | C | Div & Int | P1 | T | | | | | |
| 127 Centennial Government Tr (MM) | | | | | | | | | |
| 128 Five Star Quality Care Inc (stock) | | | | | Sell | 12/15 | J | None | |
| 129 Howell, MI Pub Schs (bond) | | | | | | | | | |
| 130 Health Care Reit Inc (stock) | | | | | | | | | |
| 131 Inergy (LtdP) | | | | | | | | | |
| 132 JP Morgan Chase & Co., formerly Bank One Corp (stock) | | | | | | | | | |
| 133 Kaneb Pipe Line Partners (LtdP)- **see line 145 below** | | | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 134 Liberty Property Trust (stock) | | | | | | | | | |
| 135 Michigan HSG Dev Auth-Rental (bond) | | | | | | | | | |
| 136 National City Corp (stock) | | | | | | | | | |
| 137 Oakland Cnty MI Bldg Auth-Lyons Oaks (bond) | | | | | | | | | |
| 138 PanPacific Retail Pptys Inc (stock) | | | | | | | | | |
| 139 Petroleum & Resources Corp (stock) | | | | | | | | | |
| 140 Plains All Amern Pipeline (LtdP) | | | | | | | | | |
| 141 Senior Housing PPTYS Trust (stock) | | | | | Sell | 6/27 | J | A | |
| 142 Sovran Self Storage Inc (stock) | | | | | | | | | |
| 143 Suburban Propane Partners (LtdP) | | | | | | | | | |
| 144 Taubman Centers, Inc (stock) CUM Redeemable Preferred | | | | | Partial Sell | 07/12 | J | B | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)   F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3)   O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 8    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets  Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.  Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145   Valero LtdP, fka Kaneb Pipe Line Partners (LtdP) | | | | | | | | | |
| 146   **Trust #4** ▉ | C | Div & Int | N | T | | | | | |
| 147   Ampco-Pittsburgh (stock) | | | | | | | | | |
| 148   Anheuser Busch Co (stock) | | | | | Buy | 06/02 | J | | |
| 149   Anheuser Busch Co (stock) | | | | | Buy | 06/07 | J | | |
| 150   Anheuser Busch Co (stock) | | | | | Buy | 07/28 | J | | |
| 151   Anheuser Busch Co (stock) | | | | | Buy | 09/30 | J | | |
| 152   Astec Industries (stock) | | | | | Partial Sell | 10/12 | J | B | |
| 153   Automatic Data Processing Inc (stock) | | | | | | | | | |
| 154   Avery Dennison Corp | | | | | Buy | 05/24 | J | | |
| 155   Avery Dennison Corp | | | | | Buy | 06/09 | J | | |
| 156   Avery Dennison Corp | | | | | Buy | 10/06 | J | | |
| 157   Charles Schwab US Treasury Money Market Fund (MM) | | | | | | | | | |
| 158   CDI Corp (stock) | | | | | Buy | 03/02 | J | | |
| 159   CPI Corp (stock) | | | | | Buy | 04/15 | J | | |
| 160   Clark Inc (stock) | | | | | Buy | 04/25 | J | | |
| 161   Clark Inc (stock) | | | | | Buy | 05/31 | J | | |
| 162   Colgate-Palmolive Co (stock) | | | | | Buy | 12/07 | J | | |
| 163   Dow Jones & Co., Inc (stock) | | | | | Buy | 05/13 | J | | |
| 164   Dow Jones & Co., Inc (stock) | | | | | Buy | 05/16 | J | | |
| 165   Dow Jones & Co., Inc (stock) | | | | | Buy | 06/08 | J | | |
| 166   Dow Jones & Co., Inc (stock) | | | | | Buy | 10/24 | J | | |

1 Inc/Gain Codes: A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000
(Col B1, D4)     F=$50,000-$100,000        G=$100,001-1,000,000        H=$1,000,001-$5,000,000        H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less        K=$15,001-$50,000        L=$50,001-100,000        M=$100,001-$250,000        N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000        P1=$1,000,001-$5,000,000        P2=$5,000,001-$25,000,000        P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market
(col C2)        U=Book Value        V=Other        W=Estimate

VII. Page 9     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 167  DuPont El de Nemours & Co (stock) | | | | | Buy | 10/25 | J | | |
| 168  Eastman Kodak Co (stock) | | | | | | | | | |
| 169  Estee Lauder Co., Inc (stock) | | | | | Buy | 12/08 | J | | |
| 170  Gannett Co., Inc (stock) | | | | | Buy | 12/16 | J | | |
| 171  Great Lakes Chemical Corp (stock) | | | | | Sell | 03/09 | J | B | |
| 172  Helmerich & Payne Inc (stock) | | | | | Partial Sell | 09/23 | J | B | |
| 173  Helmerich & Payne Inc (stock) | | | | | Partial Sell | 09/29 | J | B | |
| 174  Helmerich & Payne Inc (stock) | | | | | Sell | 10/06 | J | B | |
| 175  Japan Smaller Cap Fund, Inc (stock) | | | | | Partial Sell | 11/30 | J | A | |
| 176  Kimberly-Clark Corp (stock) | | | | | Buy | 05/17 | J | | |
| 177  Kimberly-Clark Corp (stock) | | | | | Buy | 06/13 | J | | |
| 178  Kimberly-Clark Corp (stock) | | | | | Buy | 09/22 | J | | |
| 179  Kimberly-Clark Corp (stock) | | | | | Buy | 10/06 | J | | |
| 180  Layne Christensen Co (stock) | | | | | | | | | |
| 181  Manpower, Inc. (Stock) | | | | | Buy | 04/21 | J | | |
| 182  Manpower, Inc. (Stock) | | | | | Buy | 06/24 | J | | |
| 183  Marsh & McLennan Co., Inc | | | | | Buy | 03/01 | J | | |
| 184  Marsh & McLennan Co., Inc | | | | | Buy | 03/03 | J | | |
| 185  Marsh & McLennan Co., Inc | | | | | Buy | 04/20 | J | | |
| 186  Marsh & McLennan Co., Inc | | | | | Buy | 07/07 | J | | |
| 187  Martin Marietta Materials, Inc (stock) | | | | | Partial Sell | 05/20 | J | A | |
| 188  Martin Marietta Materials, Inc (stock) | | | | | P artial Sell | 09/28 | J | A | |
| 189  Martin Marietta Materials, Inc (stock) | | | | | Sell | 10/07 | J | C | |

1 Inc/Gain Codes:   A=1,000 or less     B=$1,001-$2,500     C=2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col B1, D4)     F=$50,000-$100,000     G=$100,001-1,000,000     H=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less     K=$15,001-$50,000     L=$50,001-100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000     P1= $ 1,000,001-$5,000,000     P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000     P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(col C2)     U=Book Value     V=Other     W=Estimate

VII. Page 10     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 190  Maxwell Technologies Inc (stock) | | | | | | | | | |
| 191  Maytag Corp (stock) | | | | | | | | | |
| 192  Myers Industries (stock) | | | | | | | | | |
| 193  NS Group Inc (stock) | | | | | Sell | 02/09 | J | C | |
| 194  NS Group Inc (stock) | | | | | Sell | 09/26 | J | C | |
| 195  NS Group Inc (stock) | | | | | Sell | 10/12 | J | C | |
| 196  Newell Rubbermaid, Inc. | | | | | Buy | 06/24 | J | | |
| 197  Newell Rubbermaid, Inc. | | | | | Buy | 09/22 | J | | |
| 198  Newmont Mining Corp (stock) | | | | | Sell | 3/30 | J | C | |
| 199  Omnicare, Inc (stock) | | | | | Buy | 02/28 | J | | |
| 200  Omnicare, Inc (stock) | | | | | Buy | 04/18 | J | | |
| 201  Omnicare, Inc (stock) | | | | | Sell | 10/31 | J | B | |
| 202  Parlex Corp (stock) | | | | | Sell | 11/14 | J | None | |
| 203  Pfizer Inc (stock) | | | | | Buy | 08/03 | J | | |
| 204  Pfizer Inc (stock) | | | | | Buy | 08/24 | J | | |
| 205  Pfizer Inc (stock) | | | | | Buy | 10/21 | J | | |
| 206  Pfizer Inc (stock) | | | | | Buy | 12/09 | J | | |
| 207  Pfizer Inc (stock) | | | | | Buy | 12/19 | J | | |
| 208  Pfizer Inc (stock) | | | | | Buy | 12/27 | J | | |
| 209  Phelps Dodge Corp (stock) | | | | | Sell | 03/30 | J | C | |
| 210  Readers Digest Assoc Inc (stock) | | | | | Partial Sell | 4/21 | J | A | |
| 211  Regal Beloit Corp (stock) | | | | | Sell | 06/20 | J | B | |
| 212  Robbins & Meyers, Inc (stock) | | | | | Buy | 08/30 | J | | |

| 1 Inc/Gain Codes:<br>(Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes:<br>(Col C1, D3) | J=$15,000 or less<br>O=500,000-1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 11     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 213  SPX Corp (stock) | | | | | Buy | 03/23 | J | | |
| 214  SPX Corp (stock) | | | | | Buy | 05/05 | J | | |
| 215  Seagate Technology (stock) | | | | | Buy | 12/05 | J | | |
| 216  Seagate Technology (stock) | | | | | Buy | 12/21 | J | | |
| 217  Seagate Technology (stock) | | | | | Buy | 12/27 | J | | |
| 218  Sonoco Products Co (stock) | | | | | | | | | |
| 219  Tidewater Inc (stock) | | | | | Partial Sell | 09/29 | J | A | |
| 220  Tidewater Inc (stock) | | | | | Partial Sell | 10/05 | J | A | |
| 221  Tidewater Inc (stock) | | | | | Sell | 10/06 | J | A | |
| 222  Transocean Inc (stock) | | | | | Partial Sell | 06/10 | J | B | |
| 223  Transocean Inc (stock) | | | | | Partial Sell | 09/22 | J | B | |
| 224  Transocean Inc (stock) | | | | | Partial Sell | 09/23 | J | B | |
| 225  Transocean Inc (stock) | | | | | Partial Sell | 09/29 | J | B | |
| 226  Transocean Inc (stock) | | | | | Sell | 10/05 | J | D | |
| 227  Trinity Industries Inc (stock) | | | | | Partial Sell | 09/28 | J | B | |
| 228  Trinity Industries Inc (stock) | | | | | Sell | 10/12 | J | B | |
| 229  U.S. Treasury Bill<br>0.0 % due 10/20/05 | | | | | Buy | 04/21 | L | | |
| 230  U.S. Treasury Bill<br>0.0 % due 10/20/05 | | | | | Partial Redemption | 06/09 | K | None | |
| 231  U.S. Treasury Bill<br>0.0 % due 10/20/05 | | | | | Redeem | 10/20 | K | None | |
| 232  U.S. Treasury Note<br>4.0 % due 02/15/15 | | | | | Buy | 03/08 | K | | |
| 233  U.S. Treasury Note N/B<br>3.5 % due 2/15/10 | | | | | Buy | 03/08 | J | | |

---

1 Inc/Gain Codes: A=1,000 or less     B=$1,001-$2,500     C=2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col B1, D4)     F=$50,000-$100,000     G=$100,001-1,000,000     H=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less     K=$15,001-$50,000     L=$50,001-100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000     P1= $ 1,000,001-$5,000,000     P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(col C2)     U=Book Value     V=Other     W=Estimate

VII. Page 12    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 234 U.S. Treasury Note N/B 4.0 % due 2/15/15 | | | | | Buy | 04/08 | K | | |
| 235 U.S. Treasury Strips #1 5/15/30 | | | | | Buy | 03/01 | K | | |
| 236 U.S. Treasury Strips #1 5/15/30 | | | | | Partial Redemption | 09/01 | J | B | |
| 237 U.S. Treasury Strips #2 5/15/30 | | | | | Buy | 03/30 | K | | |
| 238 WW Grainger Inc (stock) | | | | | Buy | 05/26 | J | | |
| 239 WW Grainger Inc (stock) | | | | | Buy | 06/09 | J | | |
| 240 Wal-Mart Stores, Inc. (Stock) | | | | | Buy | 06/14 | J | | |
| 241 Wal-Mart Stores, Inc. (Stock) | | | | | Buy | 08/16 | J | | |
| 242 Wal-Mart Stores, Inc. (Stock) | | | | | Buy | 09/19 | J | | |
| 243 Wal-Mart Stores, Inc. (Stock) | | | | | Buy | 09/23 | J | | |
| 244 | | | | | | | | | |
| 245 | | | | | | | | | |
| 246 | | | | | | | | | |
| 247 | | | | | | | | | |
| 248 | | | | | | | | | |
| 249 | | | | | | | | | |
| 250 | | | | | | | | | |
| 251 | | | | | | | | | |
| 252 | | | | | | | | | |
| 253 | | | | | | | | | |
| 254 | | | | | | | | | |
| 255 | | | | | | | | | |
| 256 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real est ate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |